1  LINDA BALDWIN JONES, Bar No. 178922
   ANDREA LAIACONA, Bar No. 208742
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> AC SERVICE & DESIGN COMPANY, a California Corporation, <br><br> Defendant. | No. CV 08 1757 CW <br><br> COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND BREACH OF FIDUCIARY DUTY (ERISA 29 U.S.C. §1001, et seq., 29 U.S.C. §185) |

Plaintiffs complain of Defendant, and for cause of action allege:

### JURISDICTION AND INTRADISTRICT ASSIGNMENT

I.

This action arises under and is brought pursuant to Section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29 U.S.C. § 1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185. Venue properly lies in this district court since contributions are due and payable in the County of San Francisco. Therefore, intradistrict

venue is proper.

## PARTIES

### II.

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of each of the Plaintiffs Trust Funds. At all times material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132). Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements. All of the above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

### III.

At all times material herein, AC SERVICE & DESIGN Company, a California corporation (hereinafter referred to as "ACS" or "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

At all relevant times, Defendant was signatory and bound to a written Collective Bargaining Agreements with the International Union of Operating Engineers, Stationary Local No. 39 (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). By virtue of signing the Collective Bargaining Agreements (hereinafter "CBA"), Defendant became subject to all its terms and conditions as well as the terms and conditions of the Trust Agreements which govern the Plaintiff Trust Funds.

### V.

The above-mentioned Agreements provide for prompt payment of all employer

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty

contributions to the various Trust Funds and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds, in the event of a breach by the employer, where it would have been impracticable or extremely difficult to ascertain the Trust Funds' losses at the time the Agreement was negotiated.

### VI.

Said Agreements also provide for the payment of interest on all delinquent contributions, attorneys' fees, testing fees and other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the applicable labor agreements and law. Plaintiffs' auditors conducted a payroll audit of Defendant's books and records for the period January 1, 1999 through September 30, 2006, which revealed unpaid contributions of at least $98,159.20, liquidated damages and interest of at least $34,123.52 and testing fees of at least $3,850.00. Plaintiffs have demanded that Defendant pay these delinquencies, but Defendant has refused to do so. As such, Plaintiffs were compelled to bring this action against Defendant.

### FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

### VII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

### VIII.

Defendant has failed, neglected, or refused to make timely fringe benefit contributions as required by the collective bargaining agreements and Trust Agreements and there is now due and owing and unpaid to Plaintiffs contributions, liquidated damages, interest and testing fees in the sum estimated to be at least $136,132.72.

### IX.

Plaintiffs are the intended third-party beneficiaries of the Collective Bargaining Agreement, but Trust Funds' contribution delinquencies are excluded from the arbitration provisions of said Agreement.

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty

**X.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable agreements.

**XI.**

Plaintiffs are entitled to reasonable attorneys' fees, liquidated damages, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements, Trust Agreements, and ERISA section 502(g)(2), 29 U.S.C. § 1132(g)(2).

## SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)

**XII.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**XIII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Collective Bargaining and Trust Agreements, and has caused Plaintiffs actual damages in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF
### (DAMAGES AND EQUITABLE RELIEF FOR BREACH OF FIDUCIARY DUTY)

**XIV.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**XV.**

Defendant has failed, neglected or refused to make timely fringe benefit contributions to the Trust Funds as required by the applicable collective bargaining agreements and Trust Agreements.

**XVI.**

Defendant's neglect or refusal to make timely fringe benefit contributions and reports pursuant to the terms of the above-mentioned Agreements constitutes a violation of ERISA section 515 (29 U.S.C. § 1145).

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 4 -

Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty

**XVII.**

Defendant, in agreeing to the terms and conditions of the aforementioned Trust Agreement, assumed a fiduciary duty to Plaintiffs, which required Defendant to submit timely and accurate reports of hours worked or amounts due, together with payments to Trust Funds. Defendant exercised control over any contributions due, which are assets of Trust Funds, and Defendant was a fiduciary as defined by ERISA section 3(21), 29 U.S.C. § 1002(21).

**XVIII.**

The actions of Defendant complained of herein constitute a violation of fiduciary duties as defined by ERISA, 29 U.S.C. §§ 1001, et seq.

**XIX.**

Pursuant to the Collective Bargaining Agreement, Trust Agreements, and ERISA, Defendant is liable to Plaintiffs for all interest on the unpaid contributions, liquidated damages, actual damages, attorneys' fees, testing fees and other collection costs.

**XX.**

Unless enjoined by this Court, Defendant will continue to fail, neglect, or refuse to remit appropriate fringe benefit contributions to the Trust Funds and thereby cause Plaintiffs irreparable harm for which there exists no adequate remedy at law.

**WHEREFORE**, Plaintiffs pray judgment against Defendant AC Service & Design Company as follows:

1. For contributions, liquidated damages, interest and testing fees in the amount of $136,132.72 plus interest thereon;

2. For actual damages according to proof;

3. For an Order directing and permanently enjoining Defendant to submit to the Trust Funds, all reports and contributions due and owing by Defendant, plus interest, liquidated damages, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

4. For an Order permanently enjoining Defendant for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 5 -

Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty

1  monthly contributions reports and payments as required by the terms of the collective bargaining
2  agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3),
3  (g)(2));

    5.    For attorneys' fees;

    6.    For costs of suit herein; and

    7.    For such further relief as this Court deems just and proper.

Dated: April 1, 2008

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Linda Baldwin Jones
        LINDA BALDWIN JONES
        ANDREA LAIACONA
        Attorneys for Plaintiffs

117866/485031

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty