# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund; Stationary Engineers Local 39 Annuity Trust Fund; and Stationary Engineers Local 39 Health and Welfare Trust Fund

V.

AC Service & Design Company, a California Corporation

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1757

CW

TO: (Name and address of defendant)
AC SERVICE & DESIGN COMPANY, a California Corporation
Jeffrey P. Widman, Esq. - Agent for Service of Process
101 Race Street
San Jose, CA 95126-3041

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440