| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Linda Baldwin Jones, 178922<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway<br>Alameda, CA 94501-1091 | TELEPHONE NO: (510) 337-1001 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 117866 | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF: Bensi, et al. |
|---|
| DEFENDANT: AC Service & Design Company |

| PROOF OF SERVICE | DATE: 7/8/2008 | TIME: 2:00 PM | DEPT/DIV: 2 | CASE NUMBER: CV 08-1757 CW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Notice of Availibility of Magistrate Judge, ECF Registration Packet, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:          AC Service & Design Company, a California corporation

3. Person Served:         Barbara Apte, Office Manager - Person authorized to accept service of process

4. Date & Time of Delivery:   4/9/2008          12:55 PM

5. Address, City and State:   101 Race Street
                              San Jose, CA 95126

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 64.00

Registered California process server.
County: SANTA CLARA
Registration No.: 1135

Paul Norman
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/10/2008 at Oakland, California.

Signature: _Paul Norman_

Paul Norman

FF# 6660211

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund; Stationary Engineers Local 39 Annuity Trust Fund; and Stationary Engineers Local 39 Health and Welfare Trust Fund

V.

AC Service & Design Company, a California Corporation

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1757 CW

TO: (Name and address of defendant)
AC SERVICE & DESIGN COMPANY, a California Corporation
Jeffrey P. Widman, Esq. - Agent for Service of Process
101 Race Street
San Jose, CA 95126-3041

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 2 2008

BY) DEPUTY CLERK

MARY ANN BUCKLES

NDCAO440