1  Phillip M. Sims  (SBN: 51590)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400
   (408) 297-1104 (fax)
4

5  Attorneys for Defendant
   AC Service & Design Company
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>        Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation,<br><br>        Defendant. | Case No.  CV 0801757<br><br>**NOTICE OF MOTION AND MOTION FOR INTRADISTRICT TRANSFER**<br>[Civil L.R. 3-2(e) and (f)]<br><br>DATE:   May 1, 2008<br>TIME:   2:00 p.m<br>JUDGE:  Honorable Claudia Wilkens |

21      TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE that on May 1, 2008, at or as soon thereafter as the matter may be

23  heard in the above-entitled court, located at 1301 Clay Street, Oakland, California, defendant AC

24  Service and Design Company will move the court to transfer this matter to the San Jose Division, on

25  the grounds that the action arose in Santa Clara County.

26      The motion will be based on this Notice of Motion, the Memorandum of Points and

27  Authorities and Declaration filed herewith, and the pleadings and papers filed herein.

28  /////

Notice of Motion of Intra-district Transfer CV 0801757

1
2   Dated: 4/22/08                                    SIMS & LAYTON
3
4                                            By:    /s/ Phillip M. Sims
                                                    _____
5                                                   PHILLIP M. SIMS, Attorneys for
                                                    Defendant AC Design and Service
                                                    Company
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Motion for Transfer  05-00698 CW