Phillip M. Sims (SBN: 51590)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendant
AC Controls Service & Design

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>          Plaintiff,<br><br>v.<br><br>AC Service & Design Company, A California Corporation,<br><br>          Defendants. | CASE NO. CV0801757<br><br>DECLARATION OF PHILLIP M. SIMS IN SUPPORT OF MOTION FOR INTRADISTRICT TRANSFER<br><br>[Civil L.R. 3-2(e) and (f)]<br><br>DATE:   May 1, 2008<br>TIME :   2:00 PM<br>JUDGE: Claudia Wilken |

I, Phillip M. Sims, declare as follows:

1.     I am an attorney admitted to practice before all the courts of this state and before this court.  I have personal knowledge of the facts set forth below, and if called as a witness, could testify competently thereto.

2.     I have represented AC Service & Design on a variety of issues since 1993, and the agency's office is, and has always been, located in Santa Clara County, California.

I declare under penalty of perjury that the foregoing is true and correct, and was executed in San Jose, California

Date: 4/22/08                                                              /s/ Phillip M. Sims
                                                                               PHILLIP M. SIMS

Declaration in Support of Motion for Transfer-CV0801757          1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration in Support of Motion for Transfer-CV0801757     2