1  Phillip M. Sims  (SBN: 51590)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendant
   AC Service and Design Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation,<br><br>Defendant. | Case No: CV 0801757<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR INTRADISTRICT TRANSFER<br><br>[Civil L.R. 3-2(e) and (f)]<br><br>DATE:  May 1, 2008<br>TIME:  2:00 p.m.<br>JUDGE:  Claudia Wilken |

## BACKGROUND

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, et.al. have filed this action for Breach of Contract and Breach of Fiduciary Duty against Defendant, AC Service & Design Company for alleged underpayment of contributions to Stationary Engineers Local 39 Health and Welfare Trust Fund.

## STATEMENT OF LAW

Rule 3-2 (e) of the Local Rules for the United States District Court for the Northern District of California provides that:

> All civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or

Memorandum Re: Transfer- CV0801757              1

Monterey shall be assigned to the San Jose Division.

Rule 3-2 (f) of the Local Rules for the United States District Court for the Northern District of California provides that:

> Whenever a judge finds, upon the judge's own motion or the motion of any party, that a civil action has not been assigned to the proper division within this district in accordance with this rule, or that the convenience of parties and witnesses and the interests of justice will be served by transferring the action to a different division within the district, the judge may order such transfer, subject to the provisions of the court's Assignment Plan.

## DISCUSSION

As indicated by the Declaration of Phillip M. Sims, defendant AC Design Controls Service & Design's place of business is, and has been for over fifteen years, in Santa Clara County, California. Also, the contract at issue in this matter, was signed and entered into by both parties in Santa Clara County. Therefore, the San Jose Division is the proper location for this matter.

## CONCLUSION

Because Defendant currently resides in Santa Clara County, AC Controls Service and Design hereby requests that this Court transfer this case to the San Jose Division, as provided for in Local Rule 3-2.

Respectfully submitted,

SIMS & LAYTON

Dated 4/22/08                    By:    /s/ Phillip M. Sims
                                        PHILLIP M. SIMS, Attorneys for
                                        Defendant AC Service & Design.

Memorandum Re: Transfer- CV0801757              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28