1  Phillip M. Sims  (SBN: 51590)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400
   (408) 297-1104 (fax)
4

5  Attorneys for Defendant
   AC Service & Design Company
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Paul Bensi, Bart Florence, Jerry Kalmar, and    Case No.  CV 0801757
   Lyle Setter, in their capacities as Trustees of
12 the STATIONARY ENGINEERS LOCAL 39               **AMENDED NOTICE OF MOTION
   PENSION TRUST FUND; STATIONARY                  FOR INTRADISTRICT TRANSFER**
13 ENGINEERS LOCAL 39 ANNUITY TRUST
   FUND; and STATIONARY ENGINEERS                  [Civil L.R. 3-2(e) and (f)]
14 LOCAL 39 HEALTH AND WELFARE
   TRUST FUND,
15                                                 DATE:    June 12, 2008
            Plaintiff,
16                                                 TIME:    2:00 p.m
   v.                                                       .
17                                                 JUDGE:   Honorable Claudia Wilkens
   AC SERVICE & DESIGN COMPANY, A
18 California Corporation,

19          Defendant.

20

21      TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE that on June 12, 2008, at or as soon thereafter as the matter may be

23 heard in the above-entitled court, located at 1301 Clay Street, Oakland, California, defendant AC

24 Service and Design Company will move the court to transfer this matter to the San Jose Division, on

25 the grounds that the action arose in Santa Clara County.

26      The motion will be based on this Amended Notice of Motion, the Memorandum of Points

27 and Authorities and Declaration filed herewith, and the pleadings and papers filed herein.

28 /////

AMENDED Notice of Motion of Intra-district Transfer CV 0801757

1
2  Dated: 4/23/08                                    SIMS & LAYTON
3
4                                         By:      /s/ Phillip M. Sims
                                                 PHILLIP M. SIMS, Attorneys for
                                                 Defendant AC Design and Service
5                                                Company
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Motion for Transfer  05-00698 CW