IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, et al., | No. C 08-01757 CW |
|     Plaintiffs, | <u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u> |
|   v. | |
| AC SERVICE AND DESIGN CO., | |
|     Defendant. | |

    Notice is hereby given that the Court, on its own motion, shall take Defendant AC Service and Design Company's Motion for Intradistrict Transfer under submission on the papers. The hearing previously scheduled for June 12, 2008, is vacated. Opposition will be due May 22, 2008, and any reply will be due May 29, 2008.

Dated: 4/24/08

                                                *Sheilah Cahill*
                                                SHEILAH CAHILL
                                                Deputy Clerk