Phillip M Sims  (SBN: 51590)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorney for Defendant
AC Service and Design

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation,<br><br>Defendant. | Case No: C 08 -01757- CW<br><br>ANSWER OF DEFENDANT AC SERVICE & DESIGN COMPANY |

Defendant AC Service and Design Company answers Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, et. al's complaint as follows:

1. Defendant admits the accuracy of the statements contained in Paragraph 1 of the complaint.

2. Defendant admits the accuracy of the statements contained in Paragraph 2 of the complaint.

3. Defendant admits the accuracy of the statements contained in Paragraph 3 of the complaint.

4. Defendant admits the allegations in Paragraph 4 of the complaint.

5. Defendant admits the accuracy of the statements stated in Paragraph 5.

6. Defendant denies the allegations in Paragraph 6 of the complaint.

7. Defendant's responses to the allegations of Paragraph 1 through 6 of the complaint are

Defendant's Answer  C08-01757 CW                    1

1  realleged and incorporated herein by reference.
2  8. Defendant denies the allegations in Paragraph 8 of the complaint.
3  9. Defendant admits the accuracy of the statements in Paragraph 9 of the complaint.
4  10. Answering the allegations in Paragraph 10, Defendant denies that Plaintiffs have complied with all conditions on their part to be performed under the applicable agreements.
6  11. Defendant denies the allegations in Paragraph 11 of the complaint.
7  12. Defendant's responses to the allegations of Paragraph 1 through 11 of the complaint are realleged and incorporated herein by reference.
9  13. Answering the allegations in Paragraph 13, Defendant denies that it failed, neglected or refused to make timely fringe benefit contributions.
11 14. Defendant's responses to the allegations in Paragraph 1 through 14 of the complaint are realleged and incorporated herein by reference.
13 15. Answering the allegations in Paragraph 15, Defendant denies that it failed, neglected or refused to make timely fringe benefit contributions to the Trust Funds.
15 18. Defendant denies the statement in Paragraph 16 of the complaint.
16 19. Defendant denies the statement in Paragraph 17 of the complaint.
17 20. Defendant denies the statement in Paragraph 18 of the complaint.
18 22. Defendant denies the statement in Paragraph 19 of the complaint.
19 23. Defendant denies the statement in Paragraph 20 of the complaint.

**Affirmative Defenses**

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, Defendant alleges that the COMPLAINT fails to state facts sufficient to constitute a cause of action against the Defendant.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, DEFENDANT alleges that the complaint fails by reason that the Complainants are guilty of laches.

Defendant's Answer  C08-01757 CW                              2

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, DEFENDANT presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

WHEREFORE, Defendant AC Service and Design prays that Plaintiff Paul Bensi, Bart Florence, et al., take nothing by reason of their Complaint herein and that Defendant be awarded its costs of suit incurred herein, attorney's fees and such other and further relief as the Court deems just and proper.

SIMS & LAYTON

Dated:   6/23/08                    By:   /S/ Phillip M. Sims
                                    PHILLIP M. SIMS, Attorneys for Defendant
                                    AC SERVICE AND DESIGN.

Defendant's Answer C08-01757 CW                    3