United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BENSI, et al.,

    Plaintiffs,

  v.

AC SERVICE AND DESIGN CO.,

    Defendant.
_____/

No. C 08-01757 CW

<u>ORDER OF REFERENCE
TO MAGISTRATE JUDGE</u>

    Pursuant to Local Rule 72-1 and the consent of parties as set forth in their Joint Case Management Conference Statement and Rule 26(f) Report, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. The Case Management Conference currently set for July 8, 2008, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/2/08

                                          */s/ Claudia Wilken*
                                      CLAUDIA WILKEN
                                      United States District Judge

cc: Wings