1  Phillip M. Sims (SBN: 51590)
   P. Sophie Mai (SBN: 254361)
2  SIMS & LAYTON
   84 W. Santa Clara St., #660
3  San Jose, CA 95113
   (408) 998-3400
4
   Attorneys for Defendants
5

6              UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>             Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation, | CASE NO. C08-01757-CW<br><br>REQUEST AND [PROPOSED] ORDER FOR DEFENDANT'S LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date    :   July 8, 2008<br>Time    :   2:00 PM<br>CTRM  :   2, 4th Floor<br>Judge   :   Honorable Claudia Wilken |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORDS**

   Pursuant to Local Rule 16-10(a), Defendant AC Service and Design, by and through their counsel of record, respectfully requests that this Court grant permission to Phillip M. Sims of Sims and Layton, a San Jose based law firm, to appear by telephone in the above referenced case for the Case Management Conference scheduled for July 8, 2008, at 2:00 PM. In support of this request, the undersigned represents that counsel for Plaintiffs Paul Bensi, Bart Florence, et al have no opposition to this request.

   WHEREFORE, Defendant respectfully request leave of this Court for Phillip M. Sims to appear by telephone for the July 8, 2008 Case Management Conference.

Request and Proposed Order for Defendant's Lead Counsel to Appear Telephonically at Case Management Conference
Case No:  C08-01757 CW                              1

1
2                                                                    SIMS & LAYTON
3  Dated: _____     By:  ___/s/ Phillip M. Sims___
4                                                                    PHILLIP M. SIMS, Attorney for
                                                                     Defendant.
5
6                              **[PROPOSED] ORDER**
7     Defendant AC Service and Design's request for Phillip M. Sims to appear by telephone for
8  the Case Management Conference scheduled for July 8, 2008 at 2:00PM is hereby GRANTED.
9
10  **IT IS SO ORDERED**:
11
12  Dated _____, 2008
                                                                     _____
13                                                                   HONORABLE CLAUDIA WILKEN
                                                                     U.S. DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request and Proposed Order for Defendant's Lead Counsel to Appear Telephonically at Case Management Conference
Case No: C08-01757 CW