1  Phillip M. Sims (SBN: 51590)
   P. Sophie Mai (SBN: 254361)
2  SIMS & LAYTON
   84 W. Santa Clara St., #660
3  San Jose, CA 95113
   (408) 998-3400
4
   Attorneys for Defendants
5

6              UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  | Paul Bensi, Bart Florence, Jerry Kalmar, and | CASE NO. C08-01757-CW |
   | Lyle Setter, in their capacities as Trustees of |
10 | the STATIONARY ENGINEERS LOCAL 39 | REQUEST AND [PROPOSED] ORDER FOR |
   | PENSION TRUST FUND; STATIONARY | DEFENDANT'S LEAD COUNSEL TO |
11 | ENGINEERS LOCAL 39 ANNUITY TRUST | APPEAR TELEPHONICALLY AT CASE |
   | FUND; and STATIONARY ENGINEERS | MANAGEMENT CONFERENCE  DENIED AS |
12 | LOCAL 39 HEALTH AND WELFARE | MOOT |
   | TRUST FUND, |

Date    :    July 8, 2008
13 Plaintiff,              Time    :    2:00 PM
                          CTRM :    2, 4th Floor
14 v.                      Judge   :    Honorable Claudia Wilken

15 AC SERVICE & DESIGN COMPANY, A
   California Corporation,

16

17

18

19 **TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORDS**

20         Pursuant to Local Rule 16-10(a), Defendant AC Service and Design, by and through their

21 counsel of record, respectfully requests that this Court grant permission to Phillip M. Sims of Sims

22 and Layton, a San Jose based law firm, to appear by telephone in the above referenced case for the

23 Case Management Conference scheduled for July 8, 2008, at 2:00 PM. In support of this request, the

24 undersigned represents that counsel for Plaintiffs Paul Bensi, Bart Florence, et al have no opposition

25 to this request.

26         WHEREFORE, Defendant respectfully request leave of this Court for Phillip M. Sims to

27 appear by telephone for the July 8, 2008 Case Management Conference.

28

1

2                                                          SIMS & LAYTON

3  Dated: _____  By:    /s/ Phillip M. Sims _____

4                                                          PHILLIP M. SIMS, Attorney for

5                                                          Defendant.

6                              ~~[PROPOSED]~~ ORDER

7        Defendant AC Service and Design's request for Phillip M. Sims to appear by telephone for

8  the Case Management Conference scheduled for July 8, 2008 at 2:00PM is hereby ~~GRANTED.~~
   DENIED AS MOOT.
9

10  **IT IS SO ORDERED**:

11                    7/3

12  Dated _____, 2008

13                                                          _____
                                                           HONORABLE CLAUDIA WILKEN
                                                           U.S. DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28