Phillip M. Sims (SBN: 51590)
P. Sophie Mai (SBN:254361)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation, | CASE NO. C08-01757 BZ<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS AC SERVICE AND DESIGN |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no such interested entities or persons to report.

SIMS & LAYTON

Dated:  7/3/08                                             By:   /s/ Phillip M. Sims
                                                                                PHILLIP M. SIMS
                                                                                Attorneys for Defendant

Defendant's Certification.-C-08-01757BZ