UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL BENSI, et al., )
)
     Plaintiff(s), )   No. C 08-1757 BZ
)
  v. )   **NOTICE SETTING**
)   **STATUS CONFERENCE**
AC SERVICE AND DESIGN CO., )
)
     Defendant(s). )
)
_____ )

    **PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, August 4, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: July 8, 2008

                                              _/s/ Rose Maher_
                                Rose Maher - Deputy Clerk to
                              Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\BENSI V. AC SERVICE AND DESIGN\STATCONF ORDER.wpd

1