# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bensi,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>AC Service & Design Company,<br><br>　　　　　　Defendant(s). | 08-01757 BZ MED<br><br>**Notice of Appointment of Co-Mediators** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Co-Mediators assigned to this case are:

> **Kim Zeldin**
> Liner Yankelevitz Sunshine & Regenstreif LLP
> 199 Fremont St., Suite 2000
> San Francisco, CA 94105
> 415-489-7755
> kzeldin@linerlaw.com
>
> **Daniel Bowling**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> Daniel_Bowling@cand.uscourts.gov

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Co-Mediators**
08-01757 BZ MED                              - 1 -

The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 23, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Co-Mediators**
08-01757 BZ MED                       - 2 -