**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**

199 Fremont Street | Suite 2000 | San Francisco, CA 94105.2255
t. 415.489.7700 | f. 415.489.7701

KIM ZELDIN
kzeldin@linerlaw.com
Direct Dial: (415) 489-7755



July 30, 2008

<u>VIA E-MAIL</u>

Linda Baldwin Jones, Esq.
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
E-mail: LBJones@unioncounsel.net

Philip Martin Sims, Esq.
Sims & Layton
84 W. Santa Clara Street, Suite 660
San Jose, CA 95113
E-mail: psims@simsandlayton.com

Re:   <u>*Bensi, et al.,* v. *AC Service & Design Company*</u>
      <u>Northern District of California Case No. C 08-cv-01757-BZ MED</u>

Dear Counsel:

As you know, I have been appointed by the District Court to serve as co-mediator with Daniel Bowling in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached resumes describing Mr. Bowling's and my professional experience.

Pursuant to ADR L.R. 6-6, Mr. Bowling and I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;

- the nature of the case;

- appropriate dates for the mediation and anticipated length of the session;

- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;

- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

- requirements for your written mediation statements;

- any questions you might have about how I normally conduct mediations; and

- any questions you might have about the mediation program.

Linda Baldwin Jones, Esq.
Philip Martin Sims, Esq.
July 30, 2008
Page 2

    I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for August 19, 2008 at 11 a.m. Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is November 27, 2008 based on the current scheduling order.

    My conflicts check as well as Mr. Bowling's revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

    I look forward to assisting you on this case.

                                  Very truly yours,

                                  Kim Zeldin

Enclosures
cc:    Daniel Bowling, Esq. by e-mail w/out enc.
       Alice M. Fiel by e-mail w/out enc.