UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **8-4-08**                                          Time: **4:04- 4:25**

**C - 08-1757 BZ**

  **Paul Bensi, et al.**   v  **AC Service and Design Co.**

Attorneys:    Plft: Linda Baldwin Jones and Kristina M Zinnen
              Deft: P. Sophie Mai

Deputy Clerk: **Simone Voltz**                Reporter:   **n/a**

**PROCEEDINGS:**                                         **RULING:**

1. Status Conference                                     Held
2. _____                   _____

( x ) Status Conference     ( ) P/T Conference     ( ) Case ManagementConference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_x__

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date 06-24-09 at 8:30a.m.  Set for _ days
                                      Type of Trial:  ( )Jury    ( x )Court
Notes:   ADR - Mediation scheduled for 8-19-08 at 11:00a.m.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BENSI et al, | Case Number: CV08-01757 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AC SERVICE & DESIGN COMPANY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kim Zeldin
Liner Yankelevitz Sunshine & Regenstreif  LLP
199 Fremont St., Suite 2000
San Francisco, CA 94105

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk