**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**

199 Fremont Street | 20th Floor | San Francisco, CA 94105.2255
t. 415.489.7700 | f. 415.489.7701

KIM ZELDIN
kzeldin@linerlaw.com
Direct Dial: (415) 489-7755



August 19, 2008

VIA E-MAIL

Linda Baldwin Jones, Esq.
Kristina Marie Zinnen, Esq.
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Philip Martin Sims, Esq.
Phi Mai, Esq.
Sims & Layton
84 W. Santa Calra Street, Suite 660
San Jose, CA 95113

Re: *Bensi, et al., v. AC Service & Design Company*
Northern District of California Case No. C 08-cv-01757-BZ MED

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for September 16, 2008. We will meet at my offices at 199 Fremont Street, 20th Floor, San Francisco, CA 94105 beginning at 10:00 a.m. Please keep the whole day available to allow the mediation to continue as long as it is being productive.

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office and to Mr. Bowling's office by September 11, 2008. Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me–but not exchange–confidential statements relating, for example, to obstacles to or options for settlement

As we discussed Mr. Sims will send a letter to me, Mr. Bowling, and Plaintiffs' counsel by August 25, 2008 briefly summarizing defendant's position regarding why contributions did not have to be made on behalf of Mr. Eshelman. To the extent defendants are claiming payments did not need to be made because Mr. Eshelman was not working for the company during specific time periods, Mr. Sims will specify the period(s) of time defendants contend Mr. Eshelman was not working for the company.

Plaintiffs' counsel will provide the mediators (preferably within the next week) with copies of the collective bargaining agreement, the letter of understanding and the two audit reports. Prior to the mediation, defendant will depose the person at Lindquist who conducted the second audit.

Also, please remember to arrange for your clients' attendance. As we discussed, one of the trustees (likely Mr. Bart Florence) will appear as Plaintiffs' representative and Mr. Eshelman will appear as defendant's representative. In addition, the individual at Lindquist who conducted the 2006 audit (Mr. Joe Seirman or Mr. Kyle Whitmore--I am not sure of the spelling and apologize for any error) will attend. I request that Ms. Baldwin Jones please advise us the names of the individuals no later than two days prior to the mediation (at a minimum, I need the information for building security).

Linda Baldwin Jones, Esq.
Philip Martin Sims, Esq.
August 19, 2008
Page 2

Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

I look forward to working with you and your clients.

Very truly yours,

Kim Zeldin

KZ:mr

cc:  Daniel Bowling, Esq. by e-mail
     Alice M. Fiel by e-mail