LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

PHILLIP SIMS, Bar No. 51590
P. SOPHIE MAI, Bar No. 254361
SIMS & LAYTON
84 W. Santa Clara Street, # 660
San Jose, California 95113
Telephone 408.298.3400
Fax 408.297.1104
E-mail: psims@simsandlayton.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AC SERVICE & DESIGN COMPANY, a California Corporation,<br><br>        Defendant. | No.   CV 08-01757 BZ<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**<br><br>Local Rules 6-1 and 6-2 |

/ / /

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. CV 08-01757 BZ

1  Pursuant to Local Rules 6-1 and 6-2, the parties, Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund, Stationary Engineers Local 39 Annuity Trust Fund and Stationary Engineers Local 39 Health and Welfare Trust Funds (hereinafter "Plaintiffs"), and Defendant AC Service & Design (hereinafter "Defendant"), by and through their undersigned counsel, jointly submit this Stipulated Request for an Order Changing Time.  Pursuant to Local Rule 6-2, the reasons and effects of the requested time modification is set forth in the accompanying Declaration of Kristina M. Zinnen (hereinafter "Zinnen Decl.") filed concurrently herewith.

The parties have conferred and have determined that it will benefit the parties in this litigation if all pleading deadlines for filing cross-motions for summary judgment required by the Court are modified as follows:

- Change the deadline for Plaintiffs to file the lead motion from December 1, 2008 to December 9, 2008.
- Change the deadline for Defendant to file a cross-motion and opposition to Plaintiffs' motion from December 15, 2008 to December 23, 2008.
- Change the deadline for Plaintiffs to file their opposition to Defendant's cross-motion and reply to Defendant's opposition from December 29, 2008 to January 9, 2009.
- Change the deadline for Defendant to file its reply from January 7, 2009 to January 16, 2009.

(Zinnen Decl. ¶ 2.)

The parties agree that the January 21, 2009 hearing date will remain unchanged.  (Zinnen Decl. ¶ 3.)

To date, there has been no other time modification made in this case either by stipulation or Court order.  (Zinnen Decl. ¶ 6.)

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. CV 08-01757 BZ

1   IT IS SO STIPULATED AND AGREED.

2   Dated: November 7, 2008           WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation
3

4                                     By:   /s/
                                      LINDA BALDWIN JONES
5                                     ANDREA LAIACONA
                                      KRISTINA M. ZINNEN
6                                     Attorneys for Plaintiffs

7   Dated: November 7, 2008           SIMS & LAYTON

8
                                      By:   /s/
9                                     PHILLIP SIMS
                                      P. SOPHIE MAI
10                                    Attorneys for Defendant

11

12

13                          [~~PROPOSED~~] ORDER

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15    The court may change the hearing date once it sees the motions.

16

17  Dated : November 12, 2008

18                                    By: /s/ Bernard Zimmerman

19                                    THE HONORABLE BERNARD ZIMMERMAN
                                      United States District Judge
    117866/511488
20

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. CV 08-01757 BZ