Phillip M Sims  (SBN: 51590)
P. Sophie Mai (SBN: 254361)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400
Email: attorneys@simsandlayton.com

Attorney for Defendant
AC Service and Design

Linda Baldwin Jones (SBN: 178922)
Andrea Laiacona (SBN: 208742)
Kristina M. Zinnen (SBN:245346)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
(510) 337-1001
Email: courtnotices@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,<br><br>    Plaintiff,<br><br>v.<br><br>AC SERVICE & DESIGN COMPANY, A California Corporation,<br><br>    Defendant. | Case No: C 08 -01757- CW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER. |

////
/////
////

1

Pursuant to Local Rules 6-1 and 6-2, the parties, Defendant AC Service & Design (hereinafter "Defendant") and Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fun, Stationary Engineers Local 39 Annuity Trust Fund and Stationary Engineers Local 39 Health and Welfare Trust Funds (hereinafter "Plaintiffs" ), by and through their undersigned counsel, jointly submit this Stipulated Request for an Order Changing Time.

Pursuant to Local Rule 6-1 and 6-2, the reasons and effects of the requested time modifications is set forth in the accompanying Declaration of P. Sophie Mai (hereinafter "Mai Decl.") filed concurrently therewith.

The parties have conferred and have determined that it will benefit the parties in this litigation if the following dates will be modified as followed :

- Change the Deadline for Plaintiffs to file their opposition to Defendant's cross-motion and reply to Defendant's opposition to Plaintiff's motion from January 9, 2009 to January 16, 2009.
- Change the deadline for Defendant to file its reply from January 16, 2009 to January 23, 2009.
- Continue the January 21, 2009 Summary Judgment Cross-motions hearing to February 4, 2009.

To date, the parties have modified the pleading deadlines for filing cross motions for summary judgment required by the court through stipulation and order. There are no other time modifications.

The requested date changes will have no effect on the remaining scheduled deadlines with the court.

////
/////
/////

2

IT IS SO STIPULATED AND AGREED.

Dated December 17, 2008                       SIMS AND LAYTON

                By : _____/s/_____
                   Phillip M. Sims
                   P. Sophie Mai
                   Attorneys for Defendants

Dated December 17, 2008                       WEINBERG, ROGER & ROSENFELD

                By _____/s/_____
                  Linda Baldwin Jones
                  Andrea Laiacona
                  Kristina M. Zinnen

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated  December 19, 2008            BY   _____/s/ Bernard Zimmerman_____
                 THE HONORABLE BERNARD ZIMMERMAN
                 United Stated District Judge