1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7
   PHILLIP SIMS, Bar No. 51590
8  P. SOPHIE MAI, Bar No. 254361
   SIMS & LAYTON
9  84 W. Santa Clara Street, # 660
   San Jose, California 95113
10 Telephone 408.298.3400
   Fax 408.297.1104
11 E-mail: psims@simsandlayton.com

12 Attorneys for Defendant

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
   PAUL BENSI, BART FLORENCE, JERRY      ) No.   CV 08-01757 BZ
17 KALMAR, and LYLE SETTER, in           )
   their capacities as Trustees of the   )
18 STATIONARY ENGINEERS LOCAL 39         ) **STIPULATION AND [PROPOSED]**
   PENSION TRUST FUND; STATIONARY        ) **ORDER CONTINUING**
19 ENGINEERS LOCAL 39 ANNUITY TRUST      ) **DISPOSITIVE MOTION HEARING**
   FUND; and STATIONARY ENGINEERS        ) **DEADLINE**
20 LOCAL 39 HEALTH AND WELFARE           )
   TRUST FUND,                           ) **[L.R. 6-2]**
21                                       )
                Plaintiffs,              )
22                                       )
        vs.                              )
23                                       )
   AC SERVICE & DESIGN COMPANY, a        )
24 California Corporation,               )
                                         )
25              Defendant.               )

26 / / /

27 / / /

28 / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Dispositive Motion Deadline (Case No. CV-08-01757 BZ)

1  Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees
2  and together comprise the Board of Trustees of the Plaintiffs Stationary Engineers Local 39
3  Pension Trust Fund, Stationary Engineers Local 39 Annuity Trust Fund and Stationary Engineers
4  Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendant AC Service & Design Company
5  ("Defendant"), through their respective counsel, hereby stipulate to and request that the Court
6  extend the deadline to Hear Dispositive Motions to May 20, 2009.
7  1.  Following the Case Management Conference, the Court issued its Order Scheduling
8  Court Trial.  Pursuant to said Order, the Court set the Last Day to Hear Dispositive Motions for
9  April 29, 2009, the Pretrial Conference for June 9, 2009 and the first day of Trial for June 29,
10  2009.
11  2.  In order for the Court to hear all Dispositive Motions by April 29, 2009, Plaintiffs
12  intend on filing a Motion for Summary Adjudication as to liquidated damages and interest on
13  March 13, 2009.  When Plaintiffs' counsel contacted Honorable Judge Zimmerman's Clerk for a
14  hearing date for Plaintiffs' Motion for Summary Adjudication, she was informed that Honorable
15  Judge Zimmerman will be holding only criminal calendar during the month of April.   The Court's
16  Clerk provided Plaintiffs' counsel with a hearing date of May 20, 2009.
17  3.  Given that the Last Day to Hear Dispositive Motions is April 29, 2009 and the
18  Court will hold only criminal calendar during the month of April, the parties hereby request that
19  the Court extend the Last Day to Hear Dispositive Motions from April 29, 2009 to May 20, 2009,
20  or in the alternative, rule on Plaintiffs' Motion for Summary Adjudication without a hearing.
21  4.  The parties have discussed this matter and agree that the requested extension as to
22  the Last Day to Hear Dispositive Motions will have no adverse effect on the schedule for the
23  Pretrial Conference and Trial.  The parties expect that extending the Last Day to Hear Dispostive
24  Motions, including Plaintiffs' Motion for Summary Adjudication, will narrow the issues for trial.
25  / / /
26  / / /
27  / / /
28  / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Therefore, Plaintiffs and Defendant, through their respective counsel, stipulate and agree as
2  follows:
3      1.    The Last Day to Hear Dispositve Motions is extended to May 20, 2009.

4  Dated:  March 13, 2009        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

6          By:  /s/ Linda Baldwin Jones
7              LINDA BALDWIN JONES
            Attorneys for Plaintiffs

9  Dated:  March 13, 2009        SIMS & LAYTON

11         By:  /s/ P. Sophie Mai
            PHILLIP SIMS
            P. SOPHIE MAI
12             Attorneys for Defendant

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

he Last Day to Hear Dispositve Motions is extended to May 20, 2009.

Dated:  March 16, 2009

By: *(signature)* THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

117866/523805

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order Continuing Dispositive Motion Deadline (Case No. CV-08-01757 BZ)