UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL BENSI, et al., | ) | |
| Plaintiff(s), | ) | No. C 08-1757 BZ |
| v. | ) | **BRIEFING ORDER** |
| AC SERVICE AND DESIGN CO., | ) | |
| Defendant(s). | ) | |

Having received plaintiffs' motion for summary adjudication, **IT IS HEREBY ORDERED** as follows:

1. Defendant's opposition shall be filed by **March 30, 2009**; and

2. Plaintiffs' reply, if any, shall be filed by **April 6, 2009**;

3. A hearing is scheduled for **May 20, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///
///
///
///
///

1

Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 17, 2009

                                       Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\BENSI V. AC SERVICE\BRIEFING ORDER.wpd

2