**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI., et al., | No. C- 08-01757 BZ (EDL) |
| Plaintiffs, | |
| v. | ORDER VACATING SETTLEMENT CONFERENCE |
| AC SERVICE & DESIGN COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the Plaintiffs' Notice of Bankruptcy Filing by Defendant filed in this matter on March 31, 2009, it is hereby ORDERED that the Settlement Conference set for April 3, 2009 is VACATED.

Dated: April 1, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge