UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, et al., | |
| Plaintiff(s), | No. C08-1757 BZ |
| v. | **ORDER ON AUTOMATIC STAY OF PROCEEDINGS** |
| AC SERVICE AND DESIGN CO., | |
| Defendant(s). | |

Having received plaintiffs' Notice Of Bankruptcy Filing by Defendant **IT IS HEREBY ORDERED AS FOLLOWS**:

    1.  This action is stayed pending further order of the Bankruptcy Court.  The plaintiff is **ORDERED** to advise the Court when the stay is lifted;

    2.  All pending dates are **VACATED**.


Dated: April 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BENSI V. AC SERVICE\ORDER ON STAY.wpd

1