UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AC SERVICE & DESIGN COMPANY, a California Corporation, <br><br> Defendant(s). | No. C08-1757 BZ <br><br> **ORDER TO SHOW CAUSE** |

On March 31, 2009, counsel for plaintiffs informed the Court that defendant had filed a Chapter 7 bankruptcy. Immediately thereafter, this case was stayed and plaintiff was ordered to advise the Court when the bankruptcy terminated. A review of the bankruptcy court docket discloses that the defendant was discharged from bankruptcy on July 15, 2011. Plaintiffs have not asked this court to lift the stay and have taken no steps to prosecute this action. **IT IS THEREFORE ORDERED,** that plaintiffs shall show cause on **May 2, 2012 at 2:00 p.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why this

1

case should not be dismissed for lack of prosecution and failure to comply with the Court's Order.  If plaintiffs wish to avoid an appearance, they shall dismiss this case in advance of the scheduled hearing and the hearing will be taken off calendar.

Dated:  April 16, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BENSI V. AC\ORDER TO SHOW CAUSE.wpd