1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone (510) 337-1001
5  Fax (510) 337-1023
   E-Mail: courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8  PHILLIP SIMS, Bar No. 51590
   P. SOPHIE MAI, Bar No. 254361
9  SIMS & LAYTON
   84 W. Santa Clara Street, # 660
10 San Jose, California 95113
   Telephone 408.298.3400
11 Fax 408.297.1104
   E-mail: psims@simsandlayton.com
12
   Attorneys for Defendant
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17 PAUL BENSI, BART FLORENCE, JERRY         No. C 08-1757 BZ
   KALMAR, and LYLE SETTER, in
18 their capacities as Trustees of the      **STIPULATION FOR DISMISSAL;
   STATIONARY ENGINEERS LOCAL 39            [PROPOSED] ORDER**
19 PENSION TRUST FUND; STATIONARY
   ENGINEERS LOCAL 39 ANNUITY TRUST         [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
20 FUND; and STATIONARY ENGINEERS
   LOCAL 39 HEALTH AND WELFARE
21 TRUST FUND,
22
                     Plaintiffs,
23
        v.
24
25 AC SERVICE & DESIGN COMPANY, a
   California Corporation,
26
                     Defendant(s).
27
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR DISMISSAL; PROPOSED ORDER
Case No. C 08-1757 BZ

1     Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund; Stationary Engineers Local 39 Annuity Trust Fund; and Stationary Engineers Local 39 Health and Welfare Trust Fund and Defendant AC Service & Design Company, by and through the undersigned counsel, hereby stipulate to the dismissal without prejudice of Plaintiff's Complaint for Breach of Contract, Damages and Breach of Fiduciary Duty against Defendant, who has appeared in this action.

Dated: May 2, 2012      WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ Linda Baldwin Jones
By:      LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: May 2, 2012      SIMS & LAYTON

/s/ Phillip Sims
By:      PHILLIP SIMS
Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR DISMISSAL; PROPOSED ORDER
Case No. C 08-1757 BZ

1  [PROPOSED] ORDER

2  IT IS SO ORDERED.

4  Dated: 3 May 2012

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

7  117866/666693

---

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR DISMISSAL; PROPOSED ORDER
Case No. C 08-1757 BZ